SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>    vs.<br><br>Pei Cai Ni, et al,<br><br>    Defendants | Case No. **2:11-cv-01858-WBS-KJN**<br><br>**ORDER RE: STIPULATED DISMISSAL WITHOUT PREJUDICE** |

    IT IS HEREBY ORDERED THAT this action be and is hereby dismissed Without Prejudice pursuant to FRCP 41 (a)(1).

Date:  November 17, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE STIPULATED DISMISSAL

CIV: S-11-cv-01858-WBS-KJN- 1